## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Young-Reagor, Valerie L

Printed:  3/11/08

Case Number:  06 B 12008
Judge:  Hollis, Pamela S
Filed:  9/22/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  March 7, 2008
Confirmed:  January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,600.00 |  |
| Secured: |  | 407.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,113.79 |
| Trustee Fee: |  | 79.21 |
| Other Funds: |  | 0.00 |
| Totals: | 1,600.00 | 1,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Brookins & Wilson | Administrative | 2,954.00 | 1,113.79 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 2,172.00 | 407.00 |
| 4. | AMC Mortgage Services Inc | Secured | 8,977.36 | 0.00 |
| 5. | Capital One | Unsecured | 588.15 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 2,424.07 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 2,406.74 | 0.00 |
| 8. | T Mobile USA | Unsecured |  | No Claim Filed |
| 9. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,522.32 | $ 1,520.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 57.61 |
| 5.4% | 21.60 |
|  | $ 79.21 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Young-Reagor, Valerie L

Printed:  3/11/08

Case Number:  06 B 12008

Judge:  Hollis, Pamela S

Filed:  9/22/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

